**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-63797-PMB |
| | ) | |
| FREDDIE LEE FREELAND | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**RE-NOTICE OF MEETING OF CREDITORS AND CONFIRMATION HEARING**

The Section 341 Meeting of Creditors will be held:


Date: December 18, 2018
Time: 3:00 P.M.
Location:  Room 368 of the Richard B. Russell Federal Building,
        75 Ted Turner Dr., SW, Atlanta, GA 30303.



The Confirmation Hearing will be held:

Date: January 24, 2019
Time: 9:20 A.M.
Location: Courtroom 1202 of the Richard B. Russell Federal Building
        75 Ted Turner Dr., SW, Atlanta, GA 30303


Dated: November 15, 2018

/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

IN RE:                                              )              CASE NO. 18-63797-PMB
                                                    )
FREDDIE LEE FREELAND                                )              CHAPTER 13
                                                    )
                                                    )
        Debtor.                                     )

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Re-Notice

of Meeting of Creditors and Confirmation Hearing in the above styled case by depositing same

in the United States mail with the adequate postage affixed thereto to insure delivery addressed

as follows:

Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Freddie Lee Freeland
2403 Sandfall Court
Atlanta, GA 30331

SEE ATTACHED FOR ADDITIONAL CREDITORS

This  15ᵗʰ day of November, 2018                    /s/_____

                                                    Howard P. Slomka
                                                    Georgia Bar #652875
                                                    Attorney for the Debtor
                                                    Slipakoff & Slomka, PC
                                                    Overlook III
                                                    2859 Paces Ferry Rd, SE
                                                    Suite 1700
                                                    Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 18-63797-pmb
Northern District of Georgia
Atlanta
Thu Nov 15 17:42:37 EST 2018

Afni, Inc.
Po Box 3097
Bloomington, IL 61702-3097

Anchor Hospital
5454 Yorktowne Drive
Atlanta, GA 30349-5317

(p)CENTRAL EMS INC
ATTN MONTIA RAE COSPER
205 HEMBREE PARK DRIVE
SUITE 100
ROSWELL GA 30076-5733

Central EMS
Suite 5
5251 S. East St.
Indianapolis IN 46227-2041

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057-4927

Credit Coll
725 Canton St
Norwood, MA 02062-2679

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303-1236

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

FAMS
Po Box 451409
Atlanta, GA 31145-9409

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Freddie Lee Freeland
2403 Sandfall Court
Atlanta, GA 30331-8472

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Mr Cooper
PO Box 619098
Dallas, TX 75261-9098

Paramount Recovery Systems
7524 Bosque Blvd Suite L
Woodway, TX 76712-3772

Phoenix Recovery Group, Inc
2939 Mossrock
Suite 220
San Antonio, TX 78230-5151

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Regional Acceptance
2300 Pleasant Hill Rd
Duluth, GA 30096-1703

Regional Acceptance Corporation
Bankruptcy Section/100-50-01-51
PO Box 1847
Wilson, NC 27894-1847

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Scana Energy Marketing
3344 Peachtree Rd Ne Ste
Atlanta, GA 30326-4808

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

United Acceptance Inc
2400 Lake Park Dr
Smyrna, GA 30080-8993

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Wakefield & Associates
7005 Middlebrook Pike
Knoxville, TN 37909-1156

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Central EMS
PO Box 725169
Atlanta, GA 31139

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Regional Acceptance
2300 Pleasant Hill Road
Duluth, GA 30096-1703

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27